UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X
FELIX GONZALEZ,

                Plaintiff,

     -against-

BAGEL ON 7TH INC. d/b/a/ BAGEL MAVEN CAFÉ, JAMES PARK, CHU TO YOON, and SOOJA YOON, jointly and severally,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - X

Index No.: 13 CV 7268

**DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant Bagel on 7th Inc. state as follows:

1. Bagel on 7th, Inc is a privately held corporation.

Dated:  December 23, 2013

        SATTERLEE STEPHENS BURKE & BURKE LLP

        By: _____/s/_____
           Zoe E. Jasper
           Walter A. Saurack
        230 Park Avenue, Suite 1130
        New York, New York 10169
        212.818.9200
        *Attorneys for Defendants*

1799725_2